**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | |
|---|---|
| United States of America, ) | |
| ) | **ORDER RE SUBSTITUTION OF** |
| Plaintiff, ) | **OF COUNSEL** |
| ) | |
| vs. ) | |
| ) | Case No.: 1:09-mj-001 |
| Mario Cristino Ramirez-Pascual a/k/a ) | |
| Mario Ramirez-Pasqual, ) | |
| ) | |
| Defendant. ) | |

Defendant made his initial appearance in the above-entitled action on October 15, 2009. The court, pursuant to 18 U.S.C. § 3006A, appointed attorney Richard B. Thomas to represent Defendant at his initial appearance and with the understanding that the Federal Public Defender for the District of North Dakota will represent Defendant in all future proceedings.

Accordingly, the court **GRANTS** Mr. Thomas leave to withdraw and appoints the Federal Public Defender for the District of North Dakota to represent the Defendant in this matter. The Defender's office is directed to file a Notice of Appearance designating the specific Assistant Federal Public Defender who will appear as counsel of record in the case.

**IT IS SO ORDERED.**

Dated this 4th day of January, 2010.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr.
United States Magistrate Judge